

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2024

No. 04-23-00506-CR

**EX PARTE** Adan Michel **REYES-ALVARADO**

From the County Court, Maverick County, Texas
Trial Court No. 31312
Honorable Susan D. Reed, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, we **DISMISS** Adan Michel Reyes-Alvarado's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Reyes-Alvarado's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 10, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk